UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RANDY PLASENCIA,

                                  Plaintiff,

            -against-

CITY OF NEW YORK et al.,

                                 Defendants.

-------------------------------------------------------------------X

24-CV-7515 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff commenced this action on October 3, 2024, and electronic summons was issued on October 4, 2024. Under the Federal Rules of Civil Procedure, Plaintiff had 90 days after the complaint was filed to serve Defendants. See Fed. R. Civ. P. 4(m). Plaintiff has not filed an affidavit of service on the docket reflecting that Defendants were served. Plaintiff is hereby directed to file an affidavit of service by **January 17, 2025**.

DATED:    New York, New York
                 January 3, 2025

                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge