**KLEIN CIVIL RIGHTS**

305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

May 6, 2025

**BY ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

      Re:    *Randy Plasencia v. City of New York, et al.,* 24 CV 7515 (DEH)(VF)

Your Honor:

    I represent plaintiff, Randy Plasencia, in the above-referenced civil rights action. I write jointly with defendants to request that the deadline to submit a case management plan be extended from May 19, 2025 to a date after July 25, 2025, which is the deadline for the parties to complete mediation under Local Rule 83.10.

    The reason for this request is that this matter has been designated a Plan case under Local Rule 83.10. Therefore, the parties respectfully request that the deadline to submit a case management plan be extended to allow the parties to first exhaust mediation efforts under the Plan before setting a case management schedule.

    Thank you for your consideration.

                                    Respectfully,

                                    *Brett Klein*

                                    Brett H. Klein

cc:    Seamus O'Connor, Esq.

---

**MEMO ENDORSED**

*/s/ Valerie Figueredo/*
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 5/7/25

The parties are directed to submit a case management plan by **August 1, 2025**. The Clerk of Court is directed to terminate the motion at ECF No. 22.