**KLEIN CIVIL RIGHTS**

305 Broadway, Suite 700
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

July 30, 2025

**BY ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

    Re:    *Randy Plasencia v. City of New York, et al.,* 24 CV 7515 (DEH)(VF)

Your Honor:

    I represent plaintiff, Randy Plasencia, in the above-referenced civil rights action. I write jointly with defendants to request that the deadline to submit a case management plan be extended from August 1, 2025 to September 2, 2025.

    The reason for this request is that this matter has been designated a Plan case under Local Rule 83.10, with the first mediation session set to occur on August 15, 2025. Therefore, the parties respectfully request that the deadline to submit a case management plan be extended to allow the parties to first exhaust mediation efforts under the Plan before setting a case management schedule.

    This is the second request to extend this deadline. The first request was granted.

    Thank you for your consideration.

                                      Respectfully,

                                      *Brett Klein*

                                      Brett H. Klein

cc:    Seamus O'Connor, Esq.

---

**MEMO ENDORSED**

*[Signature]*
**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

Dated: 7/31/2025

The extension requested herein is GRANTED.

The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 27.