

**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 700
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> Dated: 9/3/25
>
> The extension requested herein is GRANTED. The parties are directed to file a proposed case management plan by **September 9, 2025**.

**BY ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

Re: *Randy Plasencia v. City of New York, et al.,* 24 CV 7515 (DEH)(VF)

Your Honor:

I represent plaintiff, Randy Plasencia, in the above-referenced civil rights action. I write jointly with defendants to request that the deadline to submit a case management plan be extended from September 2, 2025 to September 9, 2025.

The reason for this request is that this matter was designated a Plan case under Local Rule 83.10 and the parties have been participating in the Plan mediation process. The parties attended a second and final mediation session today, at which it was determined that mediation was not going to be successful. Having now exhausted the mediation process, the parties are prepared to submit a case management plan, but require an extension to allow sufficient time to meet and confer before submitting the proposed plan.

This is the third request to extend this deadline. The prior requests were granted.

Thank you for your consideration.

Respectfully,

*Brett Klein*

Brett H. Klein

cc: Seamus O'Connor, Esq.