UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plasencia,<br><br>                    Plaintiff(s),<br><br>          v.<br><br> City of New York et al.,<br><br>                    Defendant(s). | 24-CV-7515 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On January 29, 2026, this Court dismissed City of New York and Jean Carlos Batista from the above-captioned case.  ECF No. 46.  The Court also ordered Plaintiff to file a letter updating the Court on the status of this litigation with respect to the remaining defendants by February 4, 2026.  To date, Plaintiff has not filed the status letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 19, 2026**.  Plaintiff is warned that failure to meet this deadline may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: February 12, 2026
       New York, New York

                                                          DALE E. HO
                                              United States District Judge